# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **FERNANDO AND LAURA SILVA,** | § | |
| **Plaintiffs,** | § | |
| | § | |
| **VS.** | § | **CASE NO. 4:15-cv-02533** |
| | § | |
| **STATE FARM LLOYDS,** | § | |
| **Defendant.** | § | **JURY DEMANDED** |

## RULE 41(a) STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel of record, comes Plaintiffs Fernando and Laura Silva and Defendant State Farm Lloyds, who each and all do hereby stipulate and agree that this matter has been resolved and that the above-referenced cause may be dismissed with prejudice, with each party hereto to bear its own costs and expenses. That said, parties pray that this Court issue an Order dismissing this cause with prejudice, and that each party is to bear its own costs and expenses.

*(Signature blocks on following page)*

**AGREED AND APPROVED:**


*/s/ C. Bryan Beverly*
C. Bryan Beverly
State Bar No. 24082688
The Voss Law Firm, P.C.
The Voss Law Center
26619 Interstate 45
The Woodlands, Texas 77380
Telephone: (713) 861-0015
Facsimile: (713) 861-0021
bryan@vosslawfirm.com

*Counsel for Plaintiffs Fernando and Laura Silva*


*/s/ Dale M. "Rett" Holidy*
Dale M. "Rett" Holidy
State Bar No. 00792937
Germer, PLLC
America Tower
2929 Allen Parkway, Suite 2900
Houston, Texas 77019
Telephone: (713) 650-1313
Facsimile: (713) 739-7420
rholidy@germer.com

*Counsel for Defendant State Farm Lloyds*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 12, 2017, a true and correct copy of the foregoing was served on all counsel of record, via the Court's electronic filing system, pursuant to Federal Rules of Civil Procedure 5(b), as follows:

Dale M. "Rett" Holidy
Germer, PLLC
America Tower
2929 Allen Parkway, Suite 2900
Houston, Texas 77019
Telephone: (713) 650-1313
Facsimile: (713) 739-7420
***<u>Via Electronic Service</u>***

*/s/ C. Bryan Beverly*
C. Bryan Beverly